Prepared by State Reporter from Appeal Papers

CLOVER CREST STOCK FARM, INC., Respondent, *v.* PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded with Another.

*Insurance (fire) — action to recover on policy of fire insurance — defenses of fraud and breach of contract.*

*Clover Crest Stock Farm, Inc.,* v. *Pacific F. Ins. Co.,* 211 App. Div 834, affirmed.

(Submitted November 19, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover on a policy of fire insurance. The defenses were that the policy was procured by false and fraudulent representations and that the terms thereof were breached by plaintiff.

*Thomas F. Rogers* for appellant.
*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND. MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANK SILINSKY et al., Respondents.

*Appeal — reversal by Appellate Division of finding of fact but otherwise judgment unanimously affirmed — appeal without permission to Court of Appeals dismissed.*

*People* v. *Silinsky,* 217 App. Div. 247, appeal dismissed.
(Submitted November 15, 1926; decided December 3, 1926.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 14, 1926, modifying by reversing a finding of fact and as modified unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that the judgment itself was not modified and that permission to appeal not having been obtained, the Court of Appeals had no jurisdiction to entertain the appeal.

*George Z. Medalie* for motion.

*Albert Ottinger, Attorney-General* (*Keyes Winter* and *Frederick E. Lewis* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HYMAN JACKERSON, Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 214 App. Div. 822.

(Submitted November 29, 1926; decided December 3, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 9, 1925, which reversed on the law a judgment of the Queens County Court rendered upon a verdict convicting the defendant of the crime of receiving stolen property and granted a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Meyer Glickstein* for motion.

*Richard S. Newcombe, District Attorney* (*Thomas F. Thornton* of counsel), for respondent.

Motion denied.